LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BRYAN L. MARTIN,<br><br>   Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner Of Social Security,<br><br>   Defendant. | No.  EDCV 12-573 MRW<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($2,200.00) subject to the terms of the stipulation.

DATE:  03/06/13      _____
                                HON. MICHAEL R. WILNER
                                UNITED STATES MAGISTRATE JUDGE